AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00009 |
| Zylas Hamilton | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 1/10/2024 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Zylas Hamilton_,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, demonstrating, or picketing in a Capitol Building.

Date: 01/10/2024

*Issuing officer's signature*

2024.01.10 16:14:02 -05'00'

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 01/10/2024, and the person was arrested on (date) 01/26/2024
at (city and state) BLUE RIDGE, GEORGIA.

Date: 01/26/2024

*Arresting officer's signature*

CHRISTOPHER J. BOWER, SPECIAL AGENT
*Printed name and title*